# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER PIRRONE,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **NCO FINANCIAL SYSTEMS, INC.,**<br>　　　　**Defendant.** | **NO. 15-4000** |

# O R D E R

**AND NOW**, this 17th day of December, 2015, upon consideration of Defendant NCO Financial Systems, Inc.'s Motion to Certify Order for Interlocutory Appeal (ECF No. 22), and the opposition filed by Plaintiff Jennifer M. Pirrone (ECF No. 23) thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**